UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONOVAN STARKS <br><br> Defendant. | ) <br> ) CASE NO. MJ21-333 <br> ) <br> ) <br> ) <br> ) DETENTION ORDER <br> ) <br> ) <br> ) <br> ) |

Offenses charged:

  1. Production of Child Pornography

  2. Travel to Engage in Illicit Sexual Conduct

Date of Detention Hearing:    June 9, 2021.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with an offense involving a victim under the age of 18 under 18 U.S.C. § 2251. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e)(3)(E). Defendant traveled to the Western District of Washington to commit the alleged offense, which involved engaging in sex acts with a minor aged 13 years old and videoing those sex acts. According to law enforcement records, Defendant was previously under court supervision for charges of invasion of privacy, trespassing and assault. According to the Erie Police Department, the alleged prior conduct involved the Defendant returning to an apartment where he had been previously invited, being present in a bedroom where he knocked a female victim to the floor and put his hand over her mouth to prevent her from alerting others in the apartment. Defendant complied with the terms of his supervision, community service and restitution.

2. Defendant poses a risk of flight because he has no ties to this District and has demonstrated his ability and willingness to travel interstate to commit the alleged crimes. He also has access to significant funds in his savings account that could assist in flight. Defendant is a danger to the community because of the nature of the charges, and that he has a prior criminal history involving violence. Further, Defendant does not have a suitable release address. The proposed release address has a high school within a half mile distance, a middle school close by, and the home has children passing by in large numbers traveling to and from school, to include a bus stop nearby. Defendant also poses a danger because of his access to digital devices. During his interview with pretrial services, Defendant claimed that he had no access to internet capable devices other than a smart tv because his phone had been seized by

law enforcement, but his mother stated that he possesses a laptop.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 9th day of June, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge